UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| ANDERSON, RUSSELL W | ) | CASE NO. 08-73072-MLB |
| ANDERSON, NATALIE A | ) | |
| Debtor(s). | ) | Hon. MANUEL BARBOSA |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE MANUEL BARBOSA
      BANKRUPTCY JUDGE

NOW COMES DANIEL M. DONAHUE, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on September 24, 2008. DANIEL M. DONAHUE was appointed Trustee on the October 23, 2008. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the trustee's final account as of March 24, 2009 is as follows:

    a.  RECEIPTS (See Exhibit C)     $ 13,576.36
    b.  DISBURSEMENTS (See Exhibit C)     $ 0.00
    c.  NET CASH available for distribution     $ 13,576.36
    d.  TRUSTEE/PROFESSIONAL COSTS:
        1.  Trustee compensation requested     $ 2,107.64
            (See Exhibit E)

2. Trustee Expenses (See Exhibit E)     $ 0.00
3. Compensation requested by attorney or other professionals for trustee (See Exhibit F)
   (a.) MCGREEVY WILLIAMS Attorney for Trustee Fees     $1,460.00
   (b.) MCGREEVY WILLIAMS Attorney for Trustee Expenses     $63.24

5. The Bar Date for filing unsecured claims expired on March 5, 2009.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $3,630.88 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $25,029.94 |
| f. | Surplus return to debtor | $0.00 |
| g. | Interest | $0.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 39.73% of allowed claims.

8. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Daniel M. Donahue Trustee | $0.00 | $2,107.64 | $0.00 |

| | | | |
|---|---|---|---|
| McGreevy Williams<br>Attorney for Trustee | $0.00 | $1,460.00 | $63.24 |

9.  A fee of $2,500.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED

DATE: 3/24/09

/s/ Daniel M. Donahue
DANIEL M. DONAHUE, Trustee
McGREEVY WILLIAMS
P.O. BOX 2903
ROCKFORD, IL 61132-2903
(815) 639-3700
(815) 639-9400

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 08-73072   MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ANDERSON, RUSSELL W | Date Filed (f) or Converted (c): | 09/24/08 (f) |
|  | ANDERSON, NATALIE A | 341(a) Meeting Date: | 10/23/08 |
| For Period Ending: 03/24/09 | | Claims Bar Date: | 03/05/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 381 Winslow Way, Lake in the Hills, IL | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Unit 735, 7965 Preserve Circle, Naples, FL | 285,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Unit 716, 7965 Preserve Circle, Naples, FL | 285,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Unit 623, 7965 Preserve Circle, Naples, FL | 285,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Unit 615, 7965 Preserve Circle, Naples, FL | 285,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Cash on hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 7. Checking Account | 300.00 | 0.00 | DA | 0.00 | FA |
| 8. Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9. Pictures | 200.00 | 0.00 | DA | 0.00 | FA |
| 10. Wearing Apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 11. Jewelry | 750.00 | 0.00 | DA | 0.00 | FA |
| 12. Golf clubs (2 sets) | 150.00 | 0.00 | DA | 0.00 | FA |
| 13. Prudential 401k | 60,000.00 | 0.00 | DA | 0.00 | FA |
| 14. 2003 Mercedes Benz | 8,500.00 | 0.00 | DA | 0.00 | FA |
| 15. 1990 Mustang | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 16. 1999 Ford Expedition | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 17. Income Tax Refunds (u) | Unknown | 0.00 | | 13,575.66 | FA |
| 18. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.70 | FA |

EXHIBIT B

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,517,050.00 | $0.00 | | $13,576.36 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

LFORMI

Ver: 14.30

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

| | |
|---|---|
| Case No: | 08-73072    MLB    Judge: MANUEL BARBOSA |
| Case Name: | ANDERSON, RUSSELL W |
| | ANDERSON, NATALIE A |
| Trustee Name: | DANIEL M. DONAHUE |
| Date Filed (f) or Converted (c): | 09/24/08 (f) |
| 341(a) Meeting Date: | 10/23/08 |
| Claims Bar Date: | 03/05/09 |

Initial Projected Date of Final Report (TFR): / /     Current Projected Date of Final Report (TFR): / /

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-73072 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ANDERSON, RUSSELL W | Bank Name: | BANK OF AMERICA, N.A. |
| | ANDERSON, NATALIE A | Account Number / CD #: | *******1172  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8206 | | |
| For Period Ending: | 03/24/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/03/08 | 17 | INTERNAL REVENUE SERVICE | TAX REFUND | 1224-000 | 12,471.66 | | 12,471.66 |
| 12/22/08 | 17 | STATE OF ILLINOIS DEPARTMENT OF REVENUE | STATE INCOME TAX REFUND | 1224-000 | 1,104.00 | | 13,575.66 |
| 12/31/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.49 | | 13,576.15 |
| 01/30/09 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,576.26 |
| 02/27/09 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 13,576.36 |

```
                             COLUMN TOTALS                        13,576.36           0.00        13,576.36
                       Less: Bank Transfers/CD's                       0.00           0.00
                             Subtotal                             13,576.36           0.00
                       Less: Payments to Debtors                                      0.00
                             Net                                  13,576.36           0.00

                                                                                    NET              ACCOUNT
                             TOTAL - ALL ACCOUNTS                 NET DEPOSITS    DISBURSEMENTS      BALANCE
                  Money Market Account (Interest Earn - ********1172)  13,576.36        0.00         13,576.36

                                                                  13,576.36           0.00        13,576.36
                                                                 ============     ===========     ============
                                                                  (Excludes Account (Excludes Payments Total Funds
                                                                   Transfers)       To Debtors)      On Hand
```

EXHIBIT C

Page Subtotals     13,576.36     0.00

LFORM24                                                                                                 Ver: 14.30

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| ANDERSON, RUSSELL W<br>ANDERSON, NATALIE A | CASE NO. 08-73072-MLB |
| Debtor(s). | HON. MANUEL BARBOSA |

## PROPOSED DISTRIBUTION REPORT

I, DANIEL M. DONAHUE, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $3,630.88 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $9,945.48 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$13,576.36** |

EXHIBIT D

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $3,630.88 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Daniel M. Donahue Trustee Compensation | $2,107.64 | $2,107.64 |
| | McGreevy Williams Attorney for Trustee Fees | $1,460.00 | $1,460.00 |
| | McGreevy Williams Attorney for Trustee Expenses | $63.24 | $63.24 |
| | **CLASS TOTALS** | **$3,630.88** | **$3,630.88** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 25,029.94 | 39.73 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 000005 | American Express Centurion Bank General Unsecured 726 | $4,449.19 | $1,767.86 |
| 000003 | American Express Travel Related Svc General Unsecured 726 | $520.72 | $206.90 |
| 000004 | Citifinancial Inc General Unsecured 726 | $1,782.18 | $708.14 |
| 000002 | Discover Bank/DFS Services LLC General Unsecured 726 | $10,551.21 | $4,192.45 |
| 000006 | FIA Card Services, NA/Bank of America General Unsecured 726 | $7,205.23 | $2,862.95 |
| 000001 | Recovery Management Systems Corpora General Unsecured 726 | $521.41 | $207.18 |
| | **CLASS TOTALS** | **$25,029.94** | **$9,945.48** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN/ BARRED (DESIGNATE) |
|---|---|---|---|---|
|  |  |  |  |  |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 3/24/09                    /s/ Daniel M. Donahue, Trustee

## Summary of Professional Fees

| Professional | | Previous Allowances | Pending Applications | Total Fees And Expenses |
|---|---|---:|---:|---:|
| **Trustee's Attorney** | | | | |
| McGreevy Williams | *Fees* | $0.00 | $1,460.00 | $1,460.00 |
| | *Expenses* | $0.00 | $63.24 | $63.24 |
| **Trustee's Accountants** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Other Professionals** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Totals** | *Fees* | $0.00 | $1,460.00 | $1,460.00 |
| | *Expenses* | $0.00 | $63.24 | $63.24 |
| | | $0.00 | $1,523.24 | $1,523.24 |

**Exhibit G**