UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| ANDERSON, RUSSELL W | ) | CASE NO. 08-73072-MLB |
| ANDERSON, NATALIE A | ) | |
| Debtor(s). | ) | Hon. MANUEL BARBOSA |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  U.S. Bankruptcy Court, 211 S. Court St., Rockford, IL 61101

    On:  Wednesday, May 6, 2009    Time: 9:30 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                    $13,576.36

    Disbursements                               $0.00

    Net Cash Available for Distribution         $13,576.36

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Daniel M. Donahue<br>*Trustee* | $0.00 | $2,107.64 | $0.00 |
| McGreevy Williams<br>*Attorney for Trustee* | $0.00 | $1,460.00 | $63.24 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $25,029.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 39.7343%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Recovery Management Systems Corpora | $521.41 | $207.18 |
| 2 | Discover Bank/DFS Services LLC | $10,551.21 | $4,192.45 |
| 3 | American Express Travel Related Svc | $520.72 | $206.90 |
| 4 | Citifinancial Inc | $1,782.18 | $708.14 |
| 5 | American Express Centurion Bank | $4,449.19 | $1,767.86 |
| 6 | FIA Card Services, NA/Bank Of America | $7,205.23 | $2,862.95 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

9. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Need to set up a Clerk Address field in Judge Linkages., or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor(s) have not been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| 381 Winslow Way, Lake in the Hills, IL | $300,000.00 |
| Unit 735, 7965 Preserve Circle, Naples, FL | $285,000.00 |

| | |
|---|---|
| Unit 716, 7965 Preserve Circle, Naples, FL | $285,000.00 |
| Unit 623, 7965 Preserve Circle, Naples, FL | $285,000.00 |
| Unit 615, 7965 Preserve Circle, Naples, FL | $285,000.00 |
| Cash on hand | $50.00 |
| Checking Account | $300.00 |
| Household goods and furnishings | $1,000.00 |
| Pictures | $200.00 |
| Wearing Apparel | $100.00 |
| Jewelry | $750.00 |
| Golf clubs (2 sets) | $150.00 |
| Prudential 401k | $60,000.00 |

Dated: 3/24/09

/s/ Daniel M. Donahue
Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: lorsmith              Page 1 of 1          Date Rcvd: Apr 16, 2009
Case: 08-73072                 Form ID: pdf002             Total Served: 27

The following entities were served by first class mail on Apr 18, 2009.
db/jdb       +Russell W Anderson,   Natalie A Anderson,   381 Winslow Way,   Lake In The Hills, IL 60156-6228
aty           Daniel M Donahue,    P. O. Box 2903,   Rockford, IL  61132-2903
aty          +Lester A Ottenheimer, III,   Ottenheimer Teplinsky & Rosenbloom, LLC,
               750 Lake Cook Rd - Ste 140,   Buffalo Grove, IL 60089-2071
tr            Daniel Donahue,   P O Box 2903,   Rockford, IL  61132-2903
12637903     +ASC,   PO Box 1820,   Newark, NJ 07101-1820
12637902     +American Express,   PO Box 0001,   Los Angeles, CA 90096-8000
13456310      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
13048200      American Express Travel Related Svcs Co,   Inc Corp Card,   c o Becket and Lee LLP,   POB 3001,
               Malvern PA 19355-0701
12637904     +Aurora Loan Service,   PO Box 5180,   Denver, CO 80217-5180
12637905     +Bank of America,   PO Box 15726,   Wilmington, DE 19886-5726
12637906     +Chase,   3415 Vision Drive,   Columbus, OH 43219-6009
12637907     +Citi Advantage,   PO Box 6000,   The Lakes, NV 89163-0001
12637908     +Citi Cards,   PO Box 688912,   Des Moines, IA 50368-8912
13048231      Citifinancial Inc,   P O Box 140489,   Irving TX 75014-0489
12637910     +EMC Mortgage,   PO Box 660753,   Dallas, TX 75266-0753
13554849      FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK  73124-8809
12637911     +Fairway Preserve at Olde Cypress,   7995 Preserve Circle,   Naples, FL 34119-9788
12734741      GE Money Bank(JC Penney Rewards Mastercard),   c/o Recovery Management Systems Corp,
               Attn: Ramesh Singh,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
12637912     +GMAC,   PO Box 9001719,   Louisville, KY 40290-1719
12637913     +Jarrard,   PO Box 740425,   Cincinnati, OH 45274-0425
12637915     +Retail Services,   PO Box 17298,   Baltimore, MD 21297-1298
12637916     +Select Portfolio Servicing, Inc.,   PO Box 65450,   Salt Lake City, UT 84165-0450
12637917     +Wickes Furniture,   Citi Financial Retail Services,   PO Box 183041,   Columbus, OH 43218-3041

The following entities were served by electronic transmission on Apr 17, 2009.
12637909      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 17 2009 08:15:07     Discover,   PO Box 30395,
               Salt Lake City, UT 84130
13008692      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 17 2009 08:15:07
               Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
12637914     +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2009 07:48:33     JC Penney,   PO Box 960090,
               Orlando, FL 32896-0090
13003094     +E-mail/PDF: rmscedi@recoverycorp.com Apr 17 2009 08:14:17
               Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY REWARDS MASTERCARD,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 18, 2009**          **Signature:** *Joseph Speetjens*