# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | Case No. 08-73072 MLB |
| ANDERSON, RUSSELL W § | |
| ANDERSON, NATALIE A § | |
| Debtor(s) § | |
| § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,517,050.00 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 9,945.96 | Claims Discharged Without Payment: 57,882.64 |
| Total Expenses of Administration: 3,630.88 | |

3) Total gross receipts of $ 13,576.84 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 13,576.84 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 1,422,415.80 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 3,630.88 | 3,630.88 | 3,630.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 42,798.66 | 25,029.94 | 25,029.94 | 9,945.96 |
| **TOTAL DISBURSEMENTS** | $ 1,465,214.46 | $ 28,660.82 | $ 28,660.82 | $ 13,576.84 |

4) This case was originally filed under chapter 7 on 09/24/2008 . The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/17/2009          By:/s/DANIEL M. DONAHUE
                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (4/1/2009) *(Page: 2)*

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Income Tax Refunds | 1224-000 | 13,575.66 |
| Post-Petition Interest Deposits | 1270-000 | 1.18 |
| **TOTAL GROSS RECEIPTS** | | **$13,576.84** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASC PO Box 1820 Newark, NJ 07101 | | 228,000.00 | NA | NA | 0.00 |
| Aurora Loan Service PO Box 5180 Denver, CO 80217 | | 285,000.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase 3415 Vision Drive Columbus, OH 43219 | | 28,413.00 | NA | NA | 0.00 |
| Chase 3415 Vision Drive Columbus, OH 43219 | | 238,534.00 | NA | NA | 0.00 |
| EMC Mortgage PO Box 660753 Dallas, TX 75266 | | 285,000.00 | NA | NA | 0.00 |
| Fairway Preserve at Olde Cypress 7995 Preserve Circle Naples, FL 34119 | | 4,144.10 | NA | NA | 0.00 |
| Fairway Preserve at Olde Cypress 7995 Preserve Circle Naples, FL 34119 | | 4,144.10 | NA | NA | 0.00 |
| Fairway Preserve at Olde Cypress 7995 Preserve Circle Naples, FL 34119 | | 4,144.10 | NA | NA | 0.00 |
| Fairway Preserve at Olde Cypress 7995 Preserve Circle Naples, FL 34119 | | 4,144.10 | NA | NA | 0.00 |
| GMAC PO Box 9001719 Louisville, KY 40290 | | 56,830.92 | NA | NA | 0.00 |
| Select Portfolio Servicing, Inc. PO Box 65450 Salt Lake City, UT 84165 | | 227,347.65 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Select Portfolio Servicing, Inc. PO Box 65450 Salt Lake City, UT 84165 | | 56,713.83 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | $ 1,422,415.80 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | 2100-000 | NA | 2,107.64 | 2,107.64 | 2,107.64 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 1,460.00 | 1,460.00 | 1,460.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 63.24 | 63.24 | 63.24 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,630.88 | $ 3,630.88 | $ 3,630.88 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (4/1/2009) *(Page: 5)*

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $NA | $NA | $NA | $NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Express PO Box 0001 Los Angeles, CA 90096 | | 4,334.58 | NA | NA | 0.00 |
| Bank of America PO Box 15726 Wilmington, DE 19886 | | 6,544.41 | NA | NA | 0.00 |
| Citi Advantage PO Box 6000 The Lakes, NV 89163 | | 2,597.39 | NA | NA | 0.00 |
| Citi Cards PO Box 688912 Des Moines, IA 50368 | | 15,247.16 | NA | NA | 0.00 |
| Discover PO Box 30395 Salt Lake City, UT 84130 | | 9,585.06 | NA | NA | 0.00 |
| JC Penney PO Box 960090 Orlando, FL 32896 | | 645.08 | NA | NA | 0.00 |
| Jarrard PO Box 740425 Cincinnati, OH 45274 | | 1,055.34 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Retail Services PO Box 17298 Baltimore, MD 21297 | | 989.46 | NA | NA | 0.00 |
| Wickes Furniture Citi Financial Retail Services PO Box 183041 Columbus, OH 43218 | | 1,800.18 | NA | NA | 0.00 |
| AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 4,449.19 | 4,449.19 | 1,767.94 |
| AMERICAN EXPRESS TRAVEL RELATED SVC | 7100-000 | NA | 520.72 | 520.72 | 206.91 |
| CITIFINANCIAL INC | 7100-000 | NA | 1,782.18 | 1,782.18 | 708.17 |
| DISCOVER BANK/DFS SERVICES LLC | 7100-000 | NA | 10,551.21 | 10,551.21 | 4,192.66 |
| FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | NA | 7,205.23 | 7,205.23 | 2,863.09 |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | NA | 521.41 | 521.41 | 207.19 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 42,798.66 | $ 25,029.94 | $ 25,029.94 | $ 9,945.96 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 08-73072  MLB  Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ANDERSON, RUSSELL W | Date Filed (f) or Converted (c): | 09/24/08 (f) |
|  | ANDERSON, NATALIE A | 341(a) Meeting Date: | 10/23/08 |
| For Period Ending: | 06/10/09 | Claims Bar Date: | 03/05/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 381 Winslow Way, Lake in the Hills, IL | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Unit 735, 7965 Preserve Circle, Naples, FL | 285,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Unit 716, 7965 Preserve Circle, Naples, FL | 285,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Unit 623, 7965 Preserve Circle, Naples, FL | 285,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Unit 615, 7965 Preserve Circle, Naples, FL | 285,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Cash on hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 7. Checking Account | 300.00 | 0.00 | DA | 0.00 | FA |
| 8. Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9. Pictures | 200.00 | 0.00 | DA | 0.00 | FA |
| 10. Wearing Apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 11. Jewelry | 750.00 | 0.00 | DA | 0.00 | FA |
| 12. Golf clubs (2 sets) | 150.00 | 0.00 | DA | 0.00 | FA |
| 13. Prudential 401k | 60,000.00 | 0.00 | DA | 0.00 | FA |
| 14. 2003 Mercedes Benz | 8,500.00 | 0.00 | DA | 0.00 | FA |
| 15. 1990 Mustang | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 16. 1999 Ford Expedition | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 17. Income Tax Refunds (u) | Unknown | 13,575.66 |  | 13,575.66 | FA |
| 18. Post-Petition Interest Deposits (u) | Unknown | Unknown |  | 1.18 | FA |

TOTALS (Excluding Unknown Values)    $1,517,050.00    $13,575.66    $13,576.84

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1
UST Form 101-7-TDR (4/1/2009) (Page: 8)

Ver: 14.31a

Page: 2
Exhibit 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 08-73072  MLB  Judge: MANUEL BARBOSA  Trustee Name: DANIEL M. DONAHUE
Case Name: ANDERSON, RUSSELL W
ANDERSON, NATALIE A

Date Filed (f) or Converted (c): 09/24/08 (f)
341(a) Meeting Date: 10/23/08
Claims Bar Date: 03/05/09

Final report has been submitting for approval.

Initial Projected Date of Final Report (TFR): 07/01/09    Current Projected Date of Final Report (TFR): 07/01/09

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 08-73072 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ANDERSON, RUSSELL W | Bank Name: | BANK OF AMERICA, N.A. |
| | ANDERSON, NATALIE A | Account Number / CD #: | ******1172 Money Market Account (Interest Earn |
| Taxpayer ID No: | ******8206 | | |
| For Period Ending: | 06/10/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/03/08 | 17 | INTERNAL REVENUE SERVICE | TAX REFUND | 1224-000 | 12,471.66 | | 12,471.66 |
| 12/22/08 | 17 | STATE OF ILLINOIS DEPARTMENT OF REVENUE | STATE INCOME TAX REFUND | 1224-000 | 1,104.00 | | 13,575.66 |
| 12/31/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.49 | | 13,576.15 |
| 01/30/09 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,576.26 |
| 02/27/09 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 13,576.36 |
| 03/31/09 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,576.48 |
| 04/30/09 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 13,576.78 |
| 05/06/09 | 18 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 13,576.84 |
| 05/06/09 | | Transfer to Acct #******1350 | Final Posting Transfer | 9999-000 | | 13,576.84 | 0.00 |

```
                            COLUMN TOTALS                  13,576.84      13,576.84         0.00
                     Less: Bank Transfers/CD's                  0.00      13,576.84
                            Subtotal                       13,576.84           0.00
                     Less: Payments to Debtors                                  0.00
                            Net                            13,576.84           0.00
```

Page Subtotals    13,576.84    13,576.84

Ver: 14.31a

LFORM24
UST Form 101-7-TDR (4/1/2009) (Page: 10)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 08-73072 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ANDERSON, RUSSELL W | Bank Name: | BANK OF AMERICA, N.A. |
|  | ANDERSON, NATALIE A | Account Number / CD #: | *******1350 GENERAL CHECKING |
| Taxpayer ID No: | *******8206 |  |  |
| For Period Ending: | 06/10/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 05/06/09 |  | Transfer from Acct #*******1172 | Transfer In From MMA Account | 9999-000 | 13,576.84 |  | 13,576.84 |
| 05/07/09 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 |  | 2,107.64 | 11,469.20 |
| 05/07/09 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 |  | 1,460.00 | 10,009.20 |
| 05/07/09 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 |  | 63.24 | 9,945.96 |
| 05/07/09 | 000103 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY REWARDS MASTERCARD<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000001, Payment 39.7% | 7100-000 |  | 207.19 | 9,738.77 |
| 05/07/09 | 000104 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 39.7% | 7100-000 |  | 4,192.66 | 5,546.11 |
| 05/07/09 | 000105 | American Express Travel Related Svcs Co<br>Inc Corp Card<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000003, Payment 39.7% | 7100-000 |  | 206.91 | 5,339.20 |
| 05/07/09 | 000106 | Citifinancial Inc<br>P O Box 140489<br>Irving TX 75014-0489 | Claim 000004, Payment 39.7% | 7100-000 |  | 708.17 | 4,631.03 |
| 05/07/09 | 000107 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000005, Payment 39.7% | 7100-000 |  | 1,767.94 | 2,863.09 |
| 05/07/09 | 000108 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809 | Claim 000006, Payment 39.7% | 7100-000 |  | 2,863.09 | 0.00 |
|  |  |  | Page Subtotals |  | 13,576.84 | 13,576.84 |  |

LFORM24

UST Form 101-7-TDR (4/1/2009) (Page: 11)

Ver: 14.31a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

| Case No: | 08-73072 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ANDERSON, RUSSELL W | Bank Name: | BANK OF AMERICA, N.A. |
| | ANDERSON, NATALIE A | Account Number / CD #: | ******1350  GENERAL CHECKING |
| Taxpayer ID No: | *******8206 | | |
| For Period Ending: | 06/10/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Oklahoma City, OK 73124-8809 | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 13,576.84 | 13,576.84 | 0.00 |
| Less: Bank Transfers/CD's | 13,576.84 | 0.00 | |
| Subtotal | 0.00 | 13,576.84 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 13,576.84 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********1172 | 13,576.84 | 0.00 | 0.00 |
| GENERAL CHECKING - ********1350 | 0.00 | 13,576.84 | 0.00 |
| | 13,576.84 | 13,576.84 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 14.31a

LFORM24
UST Form 101-7-TDR (4/1/2009) (Page: 12)

# Bank of America

```
CUSTOMER CONNECTION                              Account Number    4429751350
BANK OF AMERICA, N.A.                            01 01 148 06 M0000 E#      9
DALLAS, TEXAS   75283-2406                       Last Statement:  NEW ACCOUNT
                                                 This Statement:   05/29/2009


                                                 Customer Service
                                                 1-877-757-8233
     ESTATE OF
     ANDERSON, RUSSELL W, DEBTOR
     ANDERSON, NATALIE A, DEBTOR                 Page       1 of     2
     DANIEL M. DONAHUE - TRUSTEE
     08-73072                                    Bankruptcy Case Number:0873072
     C/O GLOBAL GOVERNMENT BANKING
     ***** TX1-492-08-16 *****
```

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

```
Statement Period 00/00/0000 - 05/29/2009    Statement Beginning Balance          .00
Number of Deposits/Credits              1   Amount of Deposits/Credits     13,576.84
Number of Checks                        9   Amount of Checks               13,576.84
Number of Other Debits                  0   Amount of Other Debits               .00
                                            Statement Ending Balance             .00
Number of Enclosures                    9
                                            Service Charge                       .00
```

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/06 | | 13,576.84 | 04429751172->04429751350 | 09925000167 |

### Withdrawals and Debits

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 100 | 2,107.64 | 05/12 | 9092541071 | 105 | 206.91 | 05/15 | 6992271231 |
| 101 | 1,460.00 | 05/12 | 9092541069 | 106 | 708.17 | 05/18 | 7192438179 |
| 102 | 63.24 | 05/12 | 9092541070 | 107 | 1,767.94 | 05/15 | 6992271233 |
| 103 | 207.19 | 05/15 | 6992017182 | 108 | 2,863.09 | 05/15 | 9792166107 |
| 104 | 4,192.66 | 05/18 | 9992547056 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 00/00 | .00 | .00 | 05/15 | 4,900.83 | 4,900.83 |
| 05/06 | 13,576.84 | 13,576.84 | 05/18 | .00 | .00 |
| 05/12 | 9,945.96 | 9,945.96 | 05/29 | .00 | .00 |

Recycled Paper